826 F.2d 1054
 Bennett (James G.)
v.
North American Van Lines, NorfolkSouthern Corporation,
Pepsico, Cord Moving, and Storage, Gregory (Keith),
Blosser (Darla), Maxfield (Kenneth), Cornwell (Lewis),
Ryan (Martin), Harvey (Joseph), Hahn (T. Marshall, Jr.),
Medlin (John, Jr.), Busch (August, III), Coleman (L.E.),
Fishwick (John), George (W.H. Krome), Howard (Leonard),
Ireland (R.L., III), Leach (Ralph), Leisenrigh (E.G., Jr.),
Strotz (Robert) Wendel (William), Hall (Harold), Claytor
 NO. 86-5621
 United States Court of Appeals,
Third Circuit.
 JUL 24, 1987
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.